■ ROBERT C. GOULD, Appellant, v. SAM IMBURGIA, Respondent.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Monroe County Court affirming a judgment of Rochester City Court which dismissed plaintiff's complaint in an action for breach of contract.) Present — McCurn, P. J., Vaughan, Williams and Bastow, JJ.

■ ANTHONY R. AMAROSA, as Administrator of the Estate of CAROL J. AMAROSA, Deceased, Respondent, v. FRED J. LA FOUNTAIN, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Oneida Special Term granting plaintiff's motion for permission to serve an amended complaint.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ GLENN O. ZEIGLER, Respondent, v. THEODORE R. FAULKNER, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Niagara Special Term denying defendant's motion to dismiss plaintiff's complaint.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ IDA SANOW et al., Respondents, v. ROCHESTER RED WING BASEBALL CLUB, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J. Kimball, Williams and Bastow, JJ. [See 2 A D 2d 870.]

■ RUTH C. ROSEN et al., Plaintiffs, v. T. C. BAER et al., Defendants. (And Three Other Consolidated Actions.) — Motion for a stay denied. Memorandum: The moving papers fail to disclose sufficient ground to justify the granting of a stay. It appears from statements made upon oral argument of the motion and from certain papers filed in connection with the application that the appeal is mainly directed toward certain allowances made by the Special Term. It appears that more than 30% of these allowances will not be paid until a period of time commencing in July, 1957 and concluding in January, 1959. If the appeal is promptly prosecuted, there appears to be no reason, and none has been supplied, to justify the granting of the stay.

11 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS J. CROTTY, Appellant.— Motion granted and appeal dismissed.